PROB 12C
(Ver. 6/2023)

# -UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF KENTUCKY



**JUN 22 2023**



### Petition for Warrant or Summons for Person Under Supervision

Name of Offender:    Antoine Jones                    Case Number:    2:19-CR-033-SS-DLB-09

Register/USM Number:    78222-061

Name of Sentencing Judicial Officer:    Honorable David L. Bunning, U.S. District Judge

Date of Original Sentence:    September 4, 2020

Original Offense:    Conspiracy to Distribute Controlled Substances, 100 or More Kilograms of Marijuana

Original Sentence:    60 months imprisonment, with five years of supervised release to follow.

Type of Supervision:    Supervised Release                Date Supervision Commenced:    February 9, 2023

Assistant U.S. Attorney:    Anthony J. Bracke                Defense Attorney:    Eric G. Eckes

---

### PETITIONING THE COURT

☒    To issue a warrant

☐    To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance
1.        You must not commit another federal, state or local crime.
        On June 16, 2023, Antoine Jones was was arrested by the Miami Township Police Department for the offenses of Strangulation and Domestic Violence. He is currently lodged in the Montgomery County Jail on a $50,0000 Cash/Surety Bond. Jones is scheduled to appear for a Preliminary Hearing through Miamisburg Municipal Court in Case No.: 2023CRA615 for the offenses of Strangulation (F3) and Domestic Violence (F4) on June 26, 2023. Charges have been filed for Strangulation (Substantial Risk of SPH) (F3) and Domestic Violence (Knowingly – Pregnant) (1 Prior) (F4) through Montgomery County Common Pleas Court in Case No.: 2023CR01778.

June 21, 2023
Page 2

RE:  Jones, Antoine
     Dkt. # 2:19-CR-033-SS-DLB-09
     PROB 12C

U.S. Probation Officer Recommendation:

☐ The term of supervision should be:

    ☐ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2023

*Michelle Studer*

Michelle L. Studer
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.

☒ The issuance of a warrant (Matter Sealed Pending Arrest).

☐ The issuance of a summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☒ Forward a copy of violation report to U.S. Attorney's Office.

☒ Other – *Lodge arrest warrant as a detainer with the Montgomery County Jail*

**Signed By:**
**David L. Bunning**
**United States District Judge**
_____
Signature of Judicial Officer

*21 June 23*
_____
Date